Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant
Capital One Bank (USA), N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MARICEL BARTOLOME, | CASE NO. 2:19-cv-00310-RFB-CWH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | (First Request) |

Capital One Bank (USA), N.A.'s ("Capital One") response to Plaintiff Maricel Bartolome's ("Plaintiff") complaint was currently due March 14, 2019. Capital One and Plaintiff have agreed that Capital One has up to and including April 13, 2019, to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Capital One to prepare a response.[1]  The parties are actively discussing this case and investigating Plaintiff's allegations.

*[Continued on following page]*

---

[1] While the parties agreed to the requested extension before the expiration of the response deadline, Plaintiff's counsel of record was unable to review this stipulation and provide approval to use his electronic signature until today.

DMEAST #37045864 v1

This is the first request for an extension, and it is made in good faith and not for the purposes of delay.

Dated this 15th day of March, 2019.

| HIGBEE & ASSOCIATES | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Mathew Higbee | By: /s/ Lindsay Demaree |
| Mathew Higbee<br>Nevada Bar No. 11158<br>2445 Fire Mesa St., Suite 150<br>Las Vegas, Nevada 89129<br>Mhigbee@higbeeassociates.com<br>Telephone: (714) 600-8085<br>Facsimile: (866) 534-7049 | Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>demareel@ballardspahr.com<br>Telephone: 702.471.7000<br>Facsimile: 702.471.7070 |
| *Attorneys for Plaintiff Maricel Bartolome* | *Attorneys for Defendant<br>Capital One Bank (USA), N.A.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2019