Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: mhigbee@higbeeassociates.com

Jeremy E. Branch
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARICEL BARTOLOME,<br><br>           Plaintiffs,<br><br>     v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>           Defendant. | Case No.: 2:19-cv-00310-RFB-DJA<br><br>NOTICE OF SETTLEMENT |

**NOTICE OF SETTLEMENT**

Plaintiff MARICEL BARTOLOME notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

- 1 -

Respectfully submitted the 10th day of October 2019.

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, MARICEL BARTOLOME


By: *Jeremy E. Branch*
Jeremy E. Branch
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, MARICEL BARTOLOME

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2019 I filed Plaintiff MARICEL BARTOLOME's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Lindsay C Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: demareel@ballardspahr.com

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, MARICEL BARTOLOME

By: *Jeremy E.Branch*
Jeremy E. Branch
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, MARICEL BARTOLOME