Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: mhigbee@higbeeassociates.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARICEL BARTOLOME, | Case No.: 2:19-cv-00310-RFB-DJA |
| Plaintiffs, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |

Plaintiff MARICEL BARTOLOME ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

Respectfully submitted the 15th day of November 2019.

- 2 -

| | |
|---|---|
| */s/ Lindsay C. Demaree (with permission)* <br> Lindsay C. Demaree <br> Ballard Spahr LLP <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, NV 89135 <br> Tel: 702-471-7000 <br> Fax: 702-471-7070 <br> Email: demareel@ballardspahr.com <br> *ATTORNEY FOR DEFENDANT* | */s/ Mathew Higbee* <br> Mathew Higbee <br> HIGBEE & ASSOCIATES <br> 3110 West Cheyenne Ave, Ste 200 <br> North Las Vegas, NV 89128 <br> T: (714) 617-8300 <br> F: (714) 597-6559 <br> Email: Mhigbee@higbeeassociates.com <br> *ATTORNEY FOR PLAINTIFF* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** ___November 18, 2019___

**CERTIFICATE OF SERVICE**

I certify that on November 15, 2019, I filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the CM/ECF system, which will provide notice to the following:

Lindsay C. Demaree- Nevada Bar No. 11949
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: demareel@ballardspahr.com

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff MARICEL BARTOLOME